and others. No opinion. Motion denied. See, also, 127 N. Y. Supp. 686.

BENCE, Respondent, v. EISLER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by Charles Bence, an infant, against David Eisler and another. B. Reass, for appellants. S. H. Benton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BENDER, Respondent, v. H. J. KOEHLER SPORTING GOODS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Daniel D. Bender against H. J. Koehler Sporting Goods Company. No opinion. Order affirmed, with $10 costs and disbursements.

BERKELEY v. DUSENBERRY et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Lancelot M. Berkeley against Frank M. Dusenberry and others. No opinion. Motion granted. Settle order on notice. See, also, 138 App. Div. 242, 122 N. Y. Supp. 884.

BERKELEY v. DUSENBERRY et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Lancelot M. Berkeley against Frank M. Dusenberry and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 138 App. Div. 242, 122 N. Y. Supp. 884.

BERLINER et al., Appellants, v. JACKIER, Respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Abraham Berliner and another against Sidney Jackier. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that on the uncontradicted evidence defendant was personally liable.

BERNSTEIN v. SCHEUER. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by David Bernstein against Nathan Scheuer. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BERWANGER, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) Action by Elizabeth Berwanger, an infant, by Charles Berwanger, her guardian ad litem, against the American Ice Company. No opinion. Judgment and order unanimously affirmed, with costs.

BINDLER v. LILLIENDAHL. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Catharine Bindler against Elizabeth M. Lilliendahl. No opinion. Application denied, with $10 costs. Order signed.

BINDSEIL v. VICARIO. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Herman F. Bindseil against John Vicario. No opinion. Motion denied, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 1112.

BLACKBURN, Respondent, v. INTERNATIONAL ACHESON GRAPHITE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Rachel Blackburn, as administratrix, etc. against the International Acheson Graphite Company. No opinion. Order affirmed, with $10 costs and disbursements.

BLENIS, Respondent, v. UTICA KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Frank L. Blenis against the Utica Knitting Company.

PER CURIAM. Order modified, by striking out the provision which settles issues, and, as so modified, affirmed, without costs of this appeal to either party. Held, that the issues are triable by jury as matter of right, and that the action is not one where issues may be settled. Sections 968, 970, 971, Code Civ. Proc.

McLENNAN, P. J., dissents, and votes for affirmance.

BLIER et al., Appellants, v. BLOCH et al., Respondents. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by Charles Blier and others against Morris Bloch and another. M. Feltenstein, for appellants. A. Freyer, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

BLUEMNER, Respondent, v. GARVIN, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Oscar Bluemner against Michael J. Garvin. J. P. Everett, for appellant. J. M. Hartfield, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 124 App. Div. 491, 108 N. Y. Supp. 791.

BLUM et al., Respondents, v. PEARSALL, Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Solomon Blum and another against George W. Pearsall. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that Shirk's authority to employ plaintiff in behalf of the defendant, is not proven.

B. M. MALTZ CO., Respondent, v. HERMAN J. LEVY REALTY & CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the B. M. Maltz Company against the Herman J. Levy Realty & Construction Company and others. No opinion. Judgment of the County Court of Kings county affirmed, with costs.